**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| Jane Doe, minor by and through her parent, Katie Doe, | Civil Action No.: _____ |
| Plaintiff, | |
| v. | |
| Amazon.Com, Inc., | **COMPLAINT** |
| Defendant. | |

For this Complaint, the Plaintiff, Jane Doe ("Jane Doe," a pseudonym),[1] a minor by and through her parent, Katie Doe ("Katie Doe," a pseudonym), by undersigned counsel, states as follows:

## NATURE OF THE ACTION

1.      Defendant's employee, a delivery driver, sexually accosted Jane Doe, an eleven-year-old girl, in the same and similar manner as he had sexually accosted other victims before. Defendant is negligent in hiring and retaining such an employee where Defendant knew, or should have known, of such employee's proclivity for the conduct directed toward minors.

## PARTIES

2.      The Plaintiff Jane Doe is a minor who is a citizen of Massachusetts, who resides with Katie Doe, her parent, also a citizen of Massachusetts.

3.      The Defendant Amazon.Com, Inc., ("Amazon") is a Delaware corporation headquartered at 410 Terry Avenue North, Seattle, Washington 98109.  Thus, Amazon is a citizen of Delaware and Washington. Amazon is one of the largest online retailers of products

---

[1] Plaintiff Jane Doe and her mother Katie Doe have filed herewith a motion to proceed by pseudonym.

and services in the United States, including within the State of Massachusetts, who delivers its products to millions of consumers either through middlemen or directly.

## JURISDICTION AND VENUE

4.      This Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship: the Plaintiffs are citizens of the State of Massachusetts, and the Defendant is a citizen of the State of Delaware and the State of Washington.

5.      This Court has personal jurisdiction over the Defendant on the grounds that the Defendant is conducting business within the State of Massachusetts.

6.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that the Defendant transacts business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

## FACTUAL ALLEGATIONS

7.      On October 21, 2019, Heliab Leal De-Melo ("DeMelo"), a delivery driver employed by Amazon, sexually accosted Jane Doe, eleven years old at the time, while on a delivery run for Amazon.

8.      That day, at approximately 3:11 PM, Jane Doe was walking her dog in Franklin, Massachusetts, when De-Melo approached her while driving a van. De-Melo asked Jane Doe what kind of dog she had, her age, whether "anyone had licked her butthole," and whether "her butthole was tight." He then commented he "guess[ed] it was tight."

9.      Following a police investigation, De-Melo was charged with a sexually annoying and accosting conduct.

10.     DeMelo sexually accosted Jane Doe, as Amazon well knows or should have known, in the same and similar manner as he had sexually accosted other victims before.

11.     Specifically, on October 3, 2017, a Massachusetts newspaper reported that De-Melo had been charged and summoned to appear in court in connection with him offering a teenage girl money for a sexual act in August of 2017 in Framingham, Massachusetts, while on a delivery run.[2]

12.     Amazon knew, or should have known, of DeMelo's proclivity for the conduct directed toward minors.

13.     De-Melo's conduct towards Jane Doe was predictable and preventable had Amazon acted responsibly with regard to screening De-Melo before hiring him.

14.     While Amazon uses background screening companies to vet new employees, Amazon acted negligently in that it failed to identify an active child predator prior to hiring De-Melo and putting De-Melo into the community.

15.      De-Melo's conduct caused Jane Doe to suffer severe and profound emotional and psychological injuries that continue to pervade her sense of safety and security to this day.

16.     Jane Doe continues to suffer as she awaits the result of criminal proceedings against De-Melo seeking justice and closure to this horrible incident years later.

**COUNT I**
**Negligent Hiring, Retention, or Employment**

17.     The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

18.     De-Melo was an employee and/or agent of Amazon at the time he engaged in the conduct referenced herein.

19.     In the course of De-Melo's employment, he came into contact with members of the public and sexually accosted a minor girl.

---

[2] *See* https://www.wickedlocal.com/story/bulletin-tab/2017/10/03/police-man-offered-teen-girl/18674671007/ (last visited Oct. 4, 2022).

20.    Amazon knew or should have known of DeMelo's proclivity for the conduct directed toward the minors.

21.    Amazon failed to use reasonable care in the selection, supervision, and retention of De-Melo.

22.    As a result of Amazon's failure to use such reasonable care, Jane Doe suffered harm.

### PRAYER FOR RELIEF

**WHEREFORE**, for the foregoing reasons, Jane Doe demands judgment as follow:

1.    A judgment against Defendant awarding to Jane Doe damages in an amount to be determined at trial, including, without limitation, damages to physical well-being, emotional and psychological damages, plus prejudgment interest, attorneys' fees, expenses, costs and disbursements; and

2.    awarding Jane Doe such other and further relief as the Court deems just, equitable and proper.

### TRIAL BY JURY DEMANDED ON ALL COUNTS

Dated: December 21, 2022

Respectfully submitted,

By __/s/ Sergei Lemberg_____

Sergei Lemberg (BBO# 650671)
LEMBERG LAW, L.L.C.
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
Attorneys for Plaintiff