UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Jane Doe, minor by and through her parent, Katie Doe,<br><br>    Plaintiff,<br>v.<br><br>Amazon.Com, Inc.,<br><br>    Defendant. | Civil Action No.: 1:22-cv-12169 |

## **PLAINTIFF'S *EX PARTE* MOTION TO PROCEED UNDER PSEUDONYM**

The undersigned attorneys hereby move this Court to allow Plaintiff in the above-referenced action who is a minor to proceed under the pseudonym Jane Doe, and her parent to proceed under a pseudonym Katie Doe, for the reasons set forth in the attached Plaintiff's Memorandum of Law in Support of Plaintiff's *Ex Parte* Motion to Proceed Under Pseudonym, and the Declaration of Sergei Lemberg, Esq. in Support of Plaintiff's *Ex Parte* Motion to Proceed Under Pseudonym.

Dated: December 21, 2022
   Wilton, Connecticut

               Respectfully submitted,

               By  /s/ Sergei Lemberg

               Sergei Lemberg (BBO# 650671)
               LEMBERG LAW, L.L.C.
               43 Danbury Road, 3rd Floor
               Wilton, CT 06897
               Telephone: (203) 653-2250
               Facsimile:  (203) 653-3424
               *Attorneys for Plaintiff*

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

  Plaintiff, through her undersigned counsel, was not able to confer with opposing counsel concerning their request for the filing of this matter under pseudonyms, as this motion is being filed *ex parte*, contemporaneous with the filing of Plaintiff's Complaint. As such, Plaintiff is not yet aware of who will be serving as defense counsel.

           By __/s/ Sergei Lemberg_____
             Sergei Lemberg (BBO# 650671)