United States District Court
District of Massachusetts

```
_____
                                )
Jane Doe, minor by and through  )
her parent, Katie Doe,          )
                                )
            Plaintiff,          )
                                )   Civil Action No.
        v.                      )   22-12169-NMG
                                )
Amazon.Com, Inc.,               )
                                )
            Defendant.          )
                                )
_____
```

ORDER

GORTON, J.

Having reviewed plaintiff's motion to proceed under a pseudonym and the memorandum submitted in support thereof, the Court finds that pseudonym treatment is warranted for the time being due to the special circumstances of this case which involve allegations of sexual harassment of a minor. If the case proceeds to trial, however, the matter will be reconsidered. Plaintiff's motion (Docket No. 2) is **ALLOWED**.

So ordered.

_____
Nathaniel M. Gorton
United States District Judge

Dated: December 29, 2022