UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Jane Doe, minor by and through her parent, Katie Doe,<br><br>    Plaintiff,<br>v.<br><br>Amazon.Com, Inc.,<br><br>    Defendant. | Civil Action No.: 1:22-cv-12169-NMG<br><br>**26(f) JOINT REPORT** |

## JOINT REPORT

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1, the parties submit the following Joint Statement:

**I. Proposed Pre-Trial Schedule**

1. **Initial Disclosures.** Initial Disclosures required by FRCP 26(a)(1) must be completed by **April 21, 2023.**

2. **Amendments to Pleadings.** Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after **May 5, 2023.**

3. **Fact discovery – Interim Deadlines.**

    a. All first requests for production of documents and interrogatories must be served no later than **August 31, 2023.**

    b. All requests for admissions must be served no later than **August 31, 2023.**

    c. All depositions, other than expert depositions, must be completed no later than **March 29, 2024**

    d. **Final Fact Discovery Deadline.** All discovery, other than expert discovery, must be completed by **March 29, 2024.**

4. **Status Conference.** A status conference will be held at the court's discretion.

5. **Expert Discovery.**

   a. Trial experts for the party with the burden of proof must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by:

   **Plaintiff**: May 17, 2024

   **Defendant**: June 28, 2024

   b. Rebuttal trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed within 60 days of trial expert disclosure.

   c. All trial experts must be deposed by **August 30, 2024.**

6. **Dispositive Motions.**

   a. Dispositive Motions such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings must be filed by **October 18, 2024** with the opposition due thirty days thereafter. In the case of cross-motions the deadlines and page limits for the filings other than the Plaintiff's initial motion are set forth in the Session's Standing Order on Summary Judgment Motions unless specifically modified.

II. The parties do not consent to trial by magistrate.

III. In preparing this Joint Statement, the parties have taken into account the desirability of conducting phased discovery. The parties have considered and do not believe that a proposed agreement governing the preservation and production of electronically stored information is necessary in this case at this time, but the parties may revisit the issue at a later point in the case.

Dated: February 23, 2023

Respectfully submitted,

| | |
|---|---|
| By  /s/ Sergei Lemberg     | By   /s/ Brett Corson_____ |
| Sergei Lemberg (BBO# 650671) | Brett R. Corson (BBO# 677644) |
| LEMBERG LAW, L.L.C. | Wilson, Elser, Moskowitz, Edelman & Dicker, LLP |
| 43 Danbury Road, 3rd Floor | 260 Franklin Street, 14th Floor |
| Wilton, CT 06897 | Boston, MA 02110-3112 |
| Telephone: (203) 653-2250 | Telephone: (617) 422-5300 |
| Facsimile: (203) 653-3424 | Facsimile: (617) 423-6917 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

      I hereby certify that on February 23, 2023, a copy of the foregoing was filed electronically and emailed to the following counsel and pro se parties of record:

Brett R. Corson (BBO# 677644)
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
260 Franklin Street, 14th Floor
Boston, MA 02110-3112
Telephone: (617) 422-5300
Facsimile: (617) 423-6917
*Attorneys for Defendant*

                                        /s/ Sergei Lemberg_____
                                              Sergei Lemberg, Esq.