UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Jane Doe, minor by and through her parent, Katie Doe, | Civil Action No.: 1:22-cv-12169-NMG |
| Plaintiff, | |
| vs. | |
| Amazon.Com, Inc., | |
| Defendant. | |

**NOTICE OF JOINT MOTION TO IMPOUND CONFIDENTIAL MATERIALS**

**NOW COMES** Plaintiff Jane Doe, minor by and through her parent, by and through her undersigned attorneys, and respectfully requests that the Court enter an Order impounding Petition for an Order Approving Settlement of the Personal and Physical Injury Claim presented by the minor Plaintiff Jane Doe ("Petition") and supporting confidential materials. In support of this request, Plaintiff will rely on the accompanying Declaration of Sergei Lemberg and Memorandum of Law.

Pursuant to Local Rule 7.2(a), Plaintiff requests that the material be impounded until disposition of Plaintiff's Petition at which point the impounded materials should be returned to the filing party or destroyed.

Counsel for Defendant consents to the relief sought herein.

Respectfully submitted,

Plaintiff, JANE DOE, MINOR BY AND
THROUGH HER PARENT, KATIE DOE
By her Attorneys,

/s/ Sergei Lemberg
Sergei Lemberg, Esq., BBO #650671

*Motion allowed. /s/ NMGorton, USDJ 09/10/2024*